UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ALEXANDER, #182285,

        Plaintiff,

v.

        CASE NO. 2:12-CV-15451
        HONORABLE PAUL D. BORMAN

JANE CRAMER, et al.,

        Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Michigan prisoner John Alexander ("Plaintiff") filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983, which the Court dismissed for failure to state a claim upon which relief could be granted and on the basis of immunity in December, 2012. The Court also denied his request for appointment of counsel and concluded that an appeal could not be taken in good faith. In January, 2014, Plaintiff filed a "Motion to Hold Habeas Petition in Abeyance," which the Court denied because he had not filed a habeas petition with the Court and his civil rights complaint had been dismissed.

This matter is now before the Court on Plaintiff's motion for reconsideration concerning the denial of his abeyance motion. Plaintiff's motion must be denied. A motion for reconsideration which presents issues already ruled upon by the district court, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Such is the case here. The Court properly dismissed Plaintiff's civil rights complaint and denied his abeyance motion. Plaintiff has not met his burden of showing a palpable defect by which the Court has been

misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly, the Court **DENIES** Plaintiff's motion for reconsideration. This case is closed and no additional pleadings should be filed in this matter. Further pleadings will be stricken.

                                          s/Paul D. Borman  
                                          PAUL D. BORMAN  
                                          UNITED STATES DISTRICT JUDGE

Dated: February 27, 2014

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 27, 2014.

                                          s/Deborah Tofil  
                                          Case Manager